UNITED STATES v. TUTTLE. See Case No. 15,326.

---

## Case No. 16,551.

UNITED STATES v. TWELVE BARRELS OF DISTILLED SPIRITS.

[11 Int. Rev. Rec. 11.]

District Court, S. D. New York. 1870.

INTERNAL REVENUE—SEIZURE OF DISTILLED SPIRITS—INFORMERS.

Before KNOWLES, District Judge.

In the case of the United States against twelve barrels of distilled spirits, seized for not having any stamps or brands, January 3, 1870, as required by the internal revenue laws. Upon petition of Edward G. Farmer, a decree was entered, adjudging the said Farmer informer, and, as such, entitled to one moiety of the proceeds of the sale of said spirits; and a decree was entered for the proper distribution of the proceeds of the forfeiture previously decreed.